No. 98–2034. ROBINSON ET AL. v. SHERIFF OF COOK COUNTY. C. A. 7th Cir. Certiorari denied.

No. 98–2035. MCGEE ET UX. v. COUNTY OF ORANGE. C. A. 9th Cir. Certiorari denied.

No. 98–2036. JACKSON v. THE RIGHT STUFF, INC., ET AL. C. A. 3d Cir. Certiorari denied.

No. 98–2038. GREENE v. CITY OF MONTGOMERY. Ct. Crim. App. Ala. Certiorari denied.

No. 98–2039. GUIDISH v. WHITE ET AL. C. A. 3d Cir. Certiorari denied.

No. 98–2040. GOURLEY v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 98–2041. JEFFERSON v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 98–2042. BENJAMIN ET AL. v. KERIK, COMMISSIONER, NEW YORK CITY DEPARTMENT OF CORRECTION, ET AL. C. A. 2d Cir. Certiorari denied.

No. 98–2044. ALOUPIS ET VIR v. ROOP ET AL. C. A. 4th Cir. Certiorari denied.

No. 98–2045. PELULLO v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 98–2046. THOMPSON v. NATIONAL AERONAUTICS AND SPACE ADMINISTRATION. C. A. Fed. Cir. Certiorari denied.

No. 98–2047. DITTLER v. ROBEY. Ct. App. Wash. Certiorari denied.

No. 98–2049. DOUROS ET UX. v. SHARON SAVINGS BANK, FORMERLY SHARON SAVINGS AND LOAN ASSN. Super. Ct. Pa. Certiorari denied.

No. 98–2050. MATTEO v. BRENNAN, SUPERINTENDENT, ALBION CORRECTIONAL INSTITUTION, ET AL. C. A. 3d Cir. Certiorari denied.